# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. _____

(To be supplied by the court)

Lance Reynolds _____. Plaintiff

v.

Troutman Lieutenant; _____.

Tracy Walters Correctional officer;

Wilcox Correctional officer; _____.

Bayer MLP; United States ___. Defendant(s).

**Jury Trial requested:**
**(please check one)**
✓ Yes ___ No

FILED
UNITED STATES DISTRICT COURT
DENVER, COLOR...

AUG 12 2022

JEFFREY P. COLWELL
CLERK

*(List each named defendant on a separate line. If you cannot fit the names of all defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Section B. Do not include addresses here.)*

## PRISONER COMPLAINT

| NOTICE |
|---|
| Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should not contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include only: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. <br><br>**Plaintiff need not send exhibits, affidavits, grievances, witness statements, or any other materials to the Clerk's Office with this complaint.** |

## A.    PLAINTIFF INFORMATION

*You must notify the court of any changes to your address where case-related papers may be served by filing a notice of change of address. Failure to keep a current address on file with the court may result in dismissal of your case.*

Lance Reynolds #72408-061 USP Thompson Po Box 1002 Thompson, il 61285

(Name, prisoner identification number, and complete mailing address)

N/A

(Other names by which you have been known)

*Indicate whether you are a prisoner or other confined person as follows: (check one)*

____    Pretrial detainee

____    Civilly committed detainee

____    Immigration detainee

____    Convicted and sentenced state prisoner

__✓__    Convicted and sentenced federal prisoner

____    Other: (*Please explain*) _____

## B.    DEFENDANT(S) INFORMATION

*Please list the following information for each defendant listed in the caption of the complaint. If more space is needed, use extra paper to provide the information requested. The additional pages regarding defendants should be labeled "B. DEFENDANT(S) INFORMATION."*

Defendant 1:    Troutman Lieutenant USP Florence Co.

(Name, job title, and complete mailing address)

USP Florence Co

At the time the claim(s) in this complaint arose, was this defendant acting under color of state or federal law? __✓__ Yes ____ No (*check one*). Briefly explain:

F. Bop Employee

Defendant 1 is being sued in his/her __✓__ individual and/or __✓__ official capacity.

"B  Defendant(s) Information

Defendant 4: MLP Bayer    u.S.P florence Co

At the time the claim(s) in this complaint Arose
was this defendant Acting under color of state
or federAl law   ✓ Yes . F.BoP Employee

Defendant 4: is being sued in his/her ✓ individual
And/or ✓ official capacity

Defendant 2: _Tracy Walters Correctional officer_
(Name, job title, and complete mailing address)

_USP florence Co_

At the time the claim(s) in this complaint arose, was this defendant acting under color of state or federal law? ✓ Yes ___ No (*check one*). Briefly explain:

_F. Bop Employee_

Defendant 2 is being sued in his/her ✓ individual and/or ✓ official capacity.

Defendant 3: _Wilcox Correctional officer_
(Name, job title, and complete mailing address)

_USP florence Co._

At the time the claim(s) in this complaint arose, was this defendant acting under color of state or federal law? ✓ Yes ___ No (*check one*). Briefly explain:

_F. Bop Employee_

Defendant 3 is being sued in his/her ✓ individual and/or ✓ official capacity.

## C.    JURISDICTION

*Indicate the federal legal basis for your claim(s): (check all that apply)*

___    42 U.S.C. § 1983 (state, county, and municipal defendants)

✓    *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics*, 403 U.S. 388 (1971) (federal defendants)

✓    Other: *(please identify)* _Federal Tort claim Act 28 USC § 2671 - 2680_

3

Continuance Pages To Civil Action

Page 1 of

"D. Statement of Claims"

Event (1)  On About June 28 2021 inmate L. Reynolds 72408-061 was sent to LT. patio At U.S.P Florence Colorado After LT. Troutman had made inappropriate jokes or comments toward Mr. Reynolds in front of other staff.

LT. Troutman then released Reynolds from the LT. patio without notifying compound and causing a confrontation between Mr. Reynolds and officers Walters-Tracy And Wilcox with malice. Whitley vs. Albers 475 U.S. 312, 320-21 (1986) you should not have to prove malice in a case Against supervisors of those who use force or Against local governments (USA) or (FBOP) whose police policicies result in Excessive force.

Event (2)  On About June 28, 2021 Approx 12:30 pm inmate L. Reynolds was released from the U.S.P florence LT. patio by LT. Troutman And then confronted by officer Walters-Tracy And Wilcox.

Wilcox can be seen on camera being Aggressive towards Mr. Reynolds verbally. Officers Wilcox And Walters-Tracy Approached Mr. Reynolds. Wilcox states "Im tired of your shit" pushes Mr. Reynolds Against the fence And picks Mr. Reynolds up over his head And slamming Mr. Reynolds to the ground fracturing the lumbar spine At the L2 And L4. transverse process fractures being excessive force with Malice

pages 2 of 4

violating the 8th Amendment

Bafford vs. Nelson 241 f. supp. 2d. 1192. 1205 (D. Kan 2002)
beating or other type of physical assault on prisoner
not resisting or already in restraints violates the
8th amendment. <u>see</u> also. miller vs. Glanz 948 f. 2d.
1562, 1564, 1567. (10th cir 1991)

Event (3)

On about June 28, 2021 Approx 12:30 pm in the events of
this fbop staff assault on Mr. Reynolds. A body alarm
was activated on the compound. When medical staff arrived
Mr. Reynolds promptly informed medical that he could
feel his legs and could not walk. Medical staff (Bayer)
demanded that Mr. Reynolds was lying stating "your lying
nothing wrong with you, you can walk" without effectively
examining Mr. Reynolds and only conducting a quick assess-
ment of Mr. Reynolds condition.
Eventually, a wheelchair was brought and Mr. Reynolds was
taken to shu where again the medical staff only conducted
a quick assessment without providing medical treatment
for the physical injuries Mr. Reynolds suffer from the
staff assault.
Mr. Reynolds was then kept in restraints for about 8-9
hours with no feelings in the lower portion of his body

pages 3 of 4

and sever pain in back (spine) and hip areas. Mr. Reynolds was refused any medical treatment for his injuries per Bayer.

Perkins vs. Kansas Dep't of Corrections 165 f.3d.803.811 (10th cir. 1999); murphy vs. walker 51 f.3d.714.718 (7th cir. 1995) bodily restraints may not be used as punishment see also. Putman vs. Gerloff 639 f.2d,415. 419-20 (8th cir 1981) Jury could award damages if shackling was done with punitive intent. see also Estelle vs. Gamble.

Denial of Medical treatment

3 days later usp florence Dr. Resto conducting chronic care visits in Shu - examined Mr. Reynolds and a rectal test found Mr. Reynolds had no or low rectal tone and had Mr. Reynolds sent to hospital (St. Thomas Moore) for CT scan where results found Mr. Reynolds had suffered some right L2 and L4 Transverse process fractures of his Lumbar Spine suffering sever pain and numbness in hip area and down right side of his body from June 28, 2021 staff assault.

Tillery vs. owens 719 F. Supp. at 1301

Adequate medical Care requires treatment in a timely fashion to satisfy a prisoner serious medical needs see also. Riddle vs. Mondragon 83 F.3d.1197.1203 (10th cir 1996)

pages 4 of 4

Ramos vs. Lamm 639 F.2d.559,574 (10th cir.1980)
Where leaving Mr. Reynolds to suffer fractures to his
spine for some 3 days after a staff assault violated
Mr. Reynolds 8th amendment.
Exhaustion of fbop Remedies
Mr. Reynolds has dilligently attemped to exhaust all his
fbop remedies yet due to staff assault correctional
staff have repeatedly acted in ways that have impeded
timely or reasonable exhaustion such as not providing
requested remedy forms or not timely providing them
Not providing timely responses to levels of complaints
he has filed Miller vs. Berkebile 2008 WL.635552*7-9
(N.D.Tex mar.10.2008) where prison officials fail to provide
remedy access in accordance with prison policy
Prisoners are not required to take steps not
prescribed in the policy to get around them.
Love vs. Pullman 404 u.s. 522,526(1972)
A grievance or appeal is defined as exhausted when
it is logged as received.
Contra. Crum vs. united states 2008 WL. 744 727.*8.
(W.D. Pa, mar.18.2008

**D.    STATEMENT OF CLAIM(S)**

*State clearly and concisely every claim that you are asserting in this action.  For each claim, specify the right that allegedly has been violated and state all facts that support your claim, including the date(s) on which the incident(s) occurred, the name(s) of the specific person(s) involved in each claim, and the specific facts that show how each person was involved in each claim.  You do not need to cite specific legal cases to support your claim(s).  If additional space is needed to describe any claim or to assert additional claims, use extra paper to continue that claim or to assert the additional claim(s).  Please indicate that additional paper is attached and label the additional pages regarding the statement of claims as "D. STATEMENT OF CLAIMS."*

CLAIM ONE: <u>ConstiTuTional Violations ResulTing in Damages</u>

Supporting facts:

(1) Excessive Force And malice

(2) uNdue Restraints And malice

(3) DeNial of Proper or Timely Medical TreatmeNT

(4) DeNial of Proper or Timely F.Bop Administrative Remedy Process

see ConTinuance Pages. See attached

4

## E.    PREVIOUS LAWSUITS

Have you ever filed a lawsuit, other than this lawsuit, in any federal or state court while you were incarcerated? ___ Yes ✓ No (*check one*).

*If your answer is "Yes," complete this section of the form. If you have filed more than one previous lawsuit, use additional paper to provide the requested information for each previous lawsuit. Please indicate that additional paper is attached and label the additional pages regarding previous lawsuits as "E. PREVIOUS LAWSUITS."*

Name(s) of defendant(s):    N/A

Docket number and court:    N/A

Claims raised:    N/A

Disposition: (is the case still pending? has it been dismissed?; was relief granted?)    N/A

Reasons for dismissal, if dismissed:    N/A

Result on appeal, if appealed:    N/A

## F.    ADMINISTRATIVE REMEDIES

*WARNING: Prisoners must exhaust administrative remedies before filing an action in federal court regarding prison conditions. See 42 U.S.C. § 1997e(a). Your case may be dismissed or judgment entered against you if you have not exhausted administrative remedies.*

Is there a formal grievance procedure at the institution in which you are confined?

✓ Yes ___ No (*check one*)

Did you exhaust administrative remedies?

✓ Yes ___ No (*check one*)

## G.   REQUEST FOR RELIEF

*State the relief you are requesting or what you want the court to do. If additional space is needed to identify the relief you are requesting, use extra paper to request relief. Please indicate that additional paper is attached and label the additional pages regarding relief as "G. REQUEST FOR RELIEF."*

$250,000.00   Two Hundred Fifty thousand Dollars

Compensation or Damages for Any Future medical Treatments Necessary As A Result of the June 28, 2021 staff Assault And or Future Damages, such As physical Disabilities

## H.   PLAINTIFF'S SIGNATURE

I declare under penalty of perjury that I am the plaintiff in this action, that I have read this complaint, and that the information in this complaint is true and correct. *See* 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Under Federal Rule of Civil Procedure 11, by signing below, I also certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending or modifying existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

_____
(Plaintiff's Signature)

7·21·2022
_____
(Date)

(Form Revised December 2017)

6